UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __8/20/2025__

UNITED STATES OF AMERICA *ex rel.*
DANIEL FOSTER,

        Plaintiff,

        v.

TCC INTERNATIONAL LLC d/b/a CORE:
CLUB, *et al.*,

        Defendants.

No. 23 Civ. 10084 (MKV)

**UNSEALING ORDER**

WHEREAS, by notice dated April 7, 2025, and pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4), the United States of America (the "United States") intervened in the above-captioned *qui tam* action; and

WHEREAS, on August 11, 2025, the United States filed its complaint-in-intervention.

IT IS HEREBY ORDERED that:

1.    The seal shall be lifted in this matter as to this Order and any filing occurring on or after August 11, 2025, including but not limited to the United States' complaint-in-intervention; the Stipulation and Order of Settlement and Dismissal entered into by the United States, the Relator, and defendants TCC International LLC, Core Gravity LLC, and Core Club Members Corp.; and the Stipulation and Order of Settlement and Release entered into by the United States and the Relator.

2.    The seal shall be lifted as to the Relator's complaint and the Government's Notice of Election to Intervene.

3. All other documents filed in this action before August 11, 2025, shall remain under seal and not be made public unless otherwise ordered by the Court, except to the extent the seal was partially lifted pursuant to the Judge Karas's order of November 26, 2024.

Dated: August 20, 2025
      New York, New York

SO ORDERED:

_____
HONORABLE MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE

2