DENTONS

**Louis A. Pellegrino**

louis.pellegrino@dentons.com
D +1 212-398-5795

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
United States

dentons.com

October 1, 2025

Hon. Mary Kay Vyskocil
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

*United States of America, ex rel. Daniel Foster v. TCC International LLC d/b/a CORE: Club, et al.*
No. 23-Civ. 10084 (MKV) (S.D.N.Y.)

Dear Judge Vyskocil:

I represent the defendants in the above-captioned case. On behalf of the parties, I write in response to the Court's order at Dkt. No. 14, dated September 29, 2025, which reviewed the parties' settlement regarding attorneys' fees and costs (the "Settlement") and ordered that the parties provide additional information to justify maintaining the Settlement documents under seal.

Upon review of the standards stated by the Court, and the Settlement documents themselves, the parties withdraw their motion and no longer request that the Court maintain the Settlement documents under seal. Thank you for your consideration of this request.

Respectfully Submitted,

Louis A. Pellegrino