UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/2025
```

UNITED STATES OF AMERICA *ex rel.*
DANIEL FOSTER,

        Plaintiff,

v.

TCC INTERNATIONAL LLC d/b/a CORE:
CLUB, *et al.*,

        Defendants.

No. 23-cv-10084 (MKV)

**ORDER TO VACATE
AND STRIKE ECF 17**

IT IS HEREBY ORDERED that the document at docket entry number 17 shall be vacated and stricken.

**SO ORDERED.**

Date: **October 23, 2025**
     **New York, NY**

*[signature: Mary Kay Vyskocil]*

**MARY KAY VYSKOCIL**
**United States District Judge**